IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY LARD**                                                                                     **PETITIONER**

v.                                        Case No. 4:21-cv-00006-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                  **RESPONDENT**

## ORDER

Before the Court is correspondence received from petitioner Jerry Lard dated February 22, 2022. Also before the Court are copies of correspondence from Mr. Lard to Tena S. Francis of the Innocence Project dated February 21, 2022, and from Mr. Lard to Federal Public Defender Lisa G. Peters dated February 21, 2022. The Court attaches all of the correspondence that it has received from Mr. Lard to this Order. *See* Court's Exhibit A.

Dated this the 2nd day of March, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge

Case 4:21-cv-00006-KGB   Document 25   Filed 03/02/22   Page 2 of 9

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 25 2022

TAMMY H. DOWNS
By: _____ mw
DEP CLERK

Court's EXHIBIT A

Justice Kristen Baker                                February 22, 2022

My name is Jerry Lard   Case No. 4:21-CV-00006-KGB

I am sending 2 notorized letters as Legal documents this is the only way I can get my voice heard. The Federal Public Defenders office of Arkansas has used "Misrepresentation" by manipulating Court Justices in order to file their "Unauthorized" Federal Habeas Petition (against my wishes) which is in your court. Now the Federal Public Defenders Office. Under "Misrepresentation" (unwanted Council) has reached out to the "Innocent Project" (against my wishes to waive my appeals) in order to get them to utilize their abilities in order to tie up the courts with the "Unauthorize Petition" and "Unwanted Representation" These documents will show I do not want their help & that I did not ask for the "Innocent Projects" help. These documents will state fact that these Federal Public Defenders are using the Court Justices and myself in the Federal Court Systems as a chess board to be used and manipulated under false pretense of their so called "Ethical Duties" in order to define Justice as they see fit. How they intend to "Falsify my Innocence" by manipulating evidence in my case. for their so called "Interest of Justice" Just so they can "enrich their pockets" & satisfy their own "Personal Beliefs" at my expense as a Deathrow Inmate who was found competent to waive my appeals. These 2 letters will show that the Federal Public Defenders Office of Arkansas (who I have filed Pro Se Motions to Remove from my case & Dismiss their "Unauthorized" Petition that they have filed) do not have my best interest in mind. It's more about them than it is about my best interest. I am guilty of killing Officer Schmidt. I have never claimed different, I support the Death Penalty whole hearted. Had I'd of wanted to challenge my convictions & sentences I

I would have NEVER chosen to waive my appeals. I know that if I would of chosen to challenge my convictions & sentences I still would have been convicted through a new trial and at the very least given Life without sentences. Video & Audio footage would of seal those convictions. These Federal Public Defenders of Arkansas are against the death penalty even more those who wish to waive their appeals (like myself) They wish to take away my Constitutional Right to waive my appeals. They have used the "Next Friend Vehicle" as a means to engage in an "Unauthorize practice of Law" by & through manipulating Justices, Manipulating Federal Court System & with intent of Manipulating Evidence in my case for their own (personal benifits & (Personal beliefs) & to try and take away my Constitutional Right to waive my appeals. I'm only speaking & standing up for myself as a Competent individual on Arkansas Deathrow who has fought for my Constitutional Right to waive my appeals in order to provide some Peace of mind for those involved in my case (me, my family & Officer Schmidt's family) Judge Kristen Baker you can provide that Peace of mind all it will take is for you to do is to dismiss the "Unauthorized" Federal Habeas Petition that was filed by "Unwanted Council" by & through Manipulation against my wishes to waive my appeals

Thank you for your time
Sincerely
Jerry Lard

Please send me copies of all that is enclosed I couldn't get any copies made
   Thank You

Tena S. Francis    "Innocent Project"                February 21, 2022

My name is Jerry Lard. I'm on Arkansas Deathrow. I was told by my family that you came to Arkansas to see them. I assume someone from Arkansas Federal Public Defenders Office had gotten hold of the "Innocent Project" there in Las Vegas, Nevada. However there is NO NEED to involve yourselves with my case. I do not want your help & I did not ask for your help. These Federal Public Defenders here in Arkansas are trying to challenge my convictions and sentences against my wishes. Let me make this clear I AM Guilty of killing the Police Officer. I know that there is evidence that can be manipulated to paint a different theory But the fact is, I killed that Police Officer. These Federal Public Defenders are trying to take away my Constitutional Right to waive my Appeals Because they're against the death Penalty & those who wish to waive their appeals. They are trying to use "Ethical Duty" and Falsify facts by Manipulation in hopes to force the Federal Appeals process on me. The fact is I've filed Pro Se motions to remove these Federal Public Defenders off my case As well as a Pro Se Motion to have their Federal Habeas Petition that they've filed dismissed as "Unauthorized" I have sent in many documents to show that I do not want their help as well. A person who is against the death Penalty & those who wish to waive their Appeals Does not have my best interest in mind As a Competent individual I know very well what I am doing and giving up by waiving my Appeals. I'm giving up future memories with those I Love. This conditions here on Arkansas Deathrow are going to be how I decide to do my time. My Choices & my actions will reflect how easy or hard I do my time. These Federal Public Defenders are wanting to use your abilities to try and

manipulate evidence with hopes to enforce their own personal morales & belief under a false pretense of their so called "Ethical Duty" to define Justice as they themselves see fit. I chose to waive my appeals to try and give everyone some kind of peace of mind. When I say "Everybody" I mean (Me, My family & the Officers family) instead of dragging things out 15 to 20 plus years down the road. But the simple fact is these Federal Public Defenders they do not care about (Me, My family or the Officers family) they do not care who's emotions they play on or the pain that they've caused. I am a paycheck that enriches their pockets as long as I'm in the Court System and their on my case. I am a pawn they're using on the Court Systems Chessboard. I've done everything that Arkansas Requires in the State Court System in order to waive my appeals and the Federal Appeals Process is not mandatory. Just like "unwanted" Attorney's cannot be forced upon a competent individual. I may not be a highly intellegent man But I've had to do my own work in order for me to waive my appeals and get to where I am now. These Attorney's has asked me what a "Sucessful Appeal" is. What they believe it is & what I call it are different because I will never be a free man who could enjoy life with those I love. Just because I'm Alive this is far from living. There is Video footage that shows me shooting this Police Officer that alone carries a life without sentence and seals a conviction. I believe in the death penalty whole hearted the Video & Audio footage will prove this Death Sentence is the best punishment for me. I'm not meant to live life in a concrete tomb until I die just like if I was given a life without sentence and placed in Population chances are good I'd kill again and

end up back in a concrete tomb & on trial for murder again and placed on Deathrow once again. Or maybe some one kills me first. Either way I'll die in Prison. But I have embraced my fate when ever & however it comes. Do not let yourself be apart of causing "Intentional" cruelty and Intentional Pain on All involved in my case. I say this again I did not ask for your help and I do not want your help

I apologize for these Federal Public Defenders for wasting your time for they're own personal benefits & unwanted representation.

Sincerely
Jerry Lard ADC# 000976
Arkansas Deathrow Inmate

Please send me a copy of this letter back to me. My information is on the envelope
Thank You

2-22-2022
DATE

Jerry Lard
AFFIANT

Subscribed and sworn to before me, a Notary Public, on this 22 day of February, 2022

W____ R____
Notary Public

My Commission Expires: 10-24-2024

WILLIE RYAS
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 10-24-2024
Commission # 12404212

Lisa G. Peters    Federal Public Defender           February 21, 2022

I do not appreciate how you and others are trying to control my appeals. I was told by family that someone in the Federal Public Defenders office had gotten hold of an "Innocent Project" out of Nevada. This Tena S. Francis from Las Vegas had came to Arkansas to my families home. This one like others from the Federal Public Defenders office has led my mom to believe that you all could get me out of prison & back home a freeman. Thus playing on my families emotional state of mind is a game to you all. Just like reaching out to this Innocent Project to get someone to use their abilities to help manipulate the court system under false pretense of your "Ethical Duties" to define your so called "Interest & Miscarrying of Justice" and to "define Justice as you all see fit". All because you all are against the death penalty and those who wish to waive their appeals. In order to tie the courts up you all file an "unauthorized" federal habeas petition by manipulating the court Justice. Now you want to use this "Innocent Project" to help you manipulate evidence in my case in order to "falsify my innocence" and twist a theory that because my DNA or hand/finger prints wasn't on Officer Schmidt 40 cal. Pistol and no video footage was captured of the fatal shot that killed Officer Schmidt. That gives you all a way to manipulate the theory that Officer Overstreet killed Officer Schmidt under "friendly fire" because the 40 cal. bullet removed from could not be matched to either of the officers 40 cal. pistols because the test done couldn't match the riflings of the 40 cal. bullet that was removed from Officer Schmidt neck. I refuse to allow the Federal Public Defenders office to use me as a pawn on the court systems chess board to enrich your pockets & satisfy your own personal beliefs. Your so called "Ethical Duties" doesn't serve (me,

my family or the Officers family) I'm not speaking for no one but myself on Deathrow and standing up for one of the few Rights I have Which is my Constitution Right as a Competent individual to waive my Appeals. Is it not enough that give up possible Memories that could be made with my family and Embrace my fate. What gives you all the Right to try and Control a mans fate as if he has no choice in the matter. You cant decide whats best for a man like me who is Competent to make a decisions for himself. You need to know that I'm sending Tena S. Francis from the Innocent Project out of Las Vegas, Nevada a letter stating that I do not want her help and there is no need to involve herself with my Case, that I am guilty of killing Officer Schmidt, that you all in the federal Public Defenders Office ARE Just trying to use her abilities for your own personal benifits, agenda's beliefs In order to define Justice as you all see fit. In my mind you are using (MISREPRESENTATION) to manipulate the courts & tie up the Courts with unwanted Representation & "Unauthorized" Petitions in violation of your "Ethical Duties" and "my" Constitutional Rights" I thought I've made myself clear I do not want your help

Sincerely
Jerry Lard

2-22-2022
Date

Jerry Lard
Affiant

WILLIE RYAS
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 10-24-2024
Commission # 12404212

Subscribed and sworn to before me, a notary Public on this 22 day of February, 2022

Notary Public W__ R__
My Commission Expires: 10-24-2024

Jerry Lard #000976
P.O. Box 400
Grady, AR 71644

Legal Mail

ADC
VARNER
UNIT



Judge Kristen Baker
U.S. Courthouse
500 West Capitol Avenue, Room C446
Little Rock, AR 72201